# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand and thirteen.

_____

Samserv, Inc., William Mlotok, Benjamin Lamb, Michael Mosquera, John Andino, Mel S. Harris and Associates LLC, Mel S. Harris, Michael Young, Kerry Lutz, Todd Fabacher, David Waldman, LR Credit 18, LLC, L-Credit, LLC, Leucadia National Corporation, LR Credit, LLC, LR Credit 10, LLC, Joseph A. Orlando, Philip M. Cannella, LR Credit 14, LLC, LR Credit 21, LLC,

      Petitioners,

v.

Monique Sykes, Individually and on behalf of all others similarly situated, Rea Veerabadren, Individually and on behalf of all others similarly situated, Kelvin Perez, Individually and on behalf of all others similarly situated, Clifton Armoogam,

      Respondents.

**ORDER**
Docket No. 13-1320 (L)
          13-1323 (Con)
          13-1324 Con)

_____

Petitioners Todd Fabacher, Mel S. Harris, Kerry Lutz, Esq., Mel S. Harris and Associates LLC, David Waldman and Michael Young have filed a motion for permission to file a reply in further support of their petition for leave to appeal. Petitioners Philip M. Cannella, L-Credit, LLC, LR Credit 10, LLC, LR Credit 14, LLC, LR Credit 18, LLC, LR Credit 21, LLC, LR Credit, LLC, Leucadia National Corporation and Joseph A. Orlando have also filed a motion for leave to file a reply in further support of their petition for leave to appeal. IT IS HEREBY ORDERED that both motions are GRANTED. The replies must be filed on the docket on or before Friday May 10, 2013.

                               For the Court:

                               Catherine O'Hagan Wolfe,
                               Clerk of Court

